```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

BOWMAN ROBINSON AND
MARIA VAZQUEZ                                              PLAINTIFFS

        v.        Civil No. 07-5029

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                           DEFENDANT

## O R D E R

NOW on this 26th day of June 2007, comes on for consideration plaintiffs' **Motion to Dismiss Plaintiffs' Bad Faith Cause of Action** (document #7), and the Court, being well and sufficiently advised, finds that the motion should be, and it hereby is, **GRANTED** and, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiffs' bad faith cause of action against defendant is hereby dismissed.

    **IT IS SO ORDERED.**

                                      **/s/ Jimm Larry Hendren**
                                      **JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**